IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY L. TANNER, | : |
| Plaintiff, | : CIVIL ACTION |
| VS. | : No. 04-1285 |
| NEW CASTLE INDUSTRIES, INC. a Corporation; AMPCO-PITTSBURGH CORPORATION, a Corporation; AMPCO-PITTSBURGH CORPORATION TERMINATION ALLOWANCE PLAN, a Welfare Benefit Plan; THOMAS A. DOLAND, President of New Castle Industries, Inc., and TIMOTHY W. WOMER, Vice-President of Manufacturing of New Castle Industries, Inc., | : |
| Defendants. | : |

**Order of Court**

AND NOW, this 7th day of _____, 2005, it is hereby Ordered that defendants shall within 20 days of the date of this Order:

(a) Provide full and complete responses to Plaintiff's request for production of documents number 44.

(b) Comply with request number 40, so to provide Plaintiffs with the names of any Parties involved in any civil complaints alleging improper suspension or termination of employment due to retaliation for FMLA leave requests for the years 1997-2002.

(c) Comply with request number 42, so to provide Plaintiffs with all documents filed with the EEOC or PHRC regarding complaints alleging improper suspension or termination of employment due to retaliation for FMLA leave requests for the years 1997-2002.

The remainder of Plaintiff's Motion to Compel is denied.

BY THE COURT,

_____, J.